**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ROBERTO ZACARIAS HERNANDEZ,

Petitioner,

v.

JOHN DOE, Warden, Otay Mesa Detention Center; ALEJANDRO MAYORKAS, Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT(ICE), A COMPONENT OF Department of Homeland Security,

Respondents.

Case No.: 26cv1448 DMS JLB

**ORDER REQUESTING ADDITIONAL EVIDENCE**

The Court is in receipt of Respondent's Ex Parte Motion to Vacate Court's Order and Lift Stay of Removal/Transfer. The evidence submitted in support of the motion reflects Petitioner withdrew his requests for asylum, withholding of removal, and deferral of removal, and waived his right to appeal, but it does not reflect Petitioner requested a removal order. Because Petitioner is proceeding pro se, and it is not clear from the evidence that Petitioner requested a removal order, the Court requests that Respondents submit additional evidence to that effect. Once that evidence is submitted, the Court will rule on Respondents' motion.

**IT IS SO ORDERED**.

Dated: April 16, 2026

Hon. Dana M. Sabraw
United States District Judge