**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ROBERTO ZACARIAS HERNANDEZ,

Petitioner,

v.

JOHN DOE, Warden, Otay Mesa Detention Center; ALEJANDRO MAYORKAS, Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT(ICE), A COMPONENT OF Department of Homeland Security,

Respondents.

Case No.: 26cv1448 DMS JLB

**ORDER REQUESTING HEARING TRANSCRIPT**

This case is currently pending before the Court. In light of Petitioner's recent filings, specifically, ECF Nos. 8 and 9, the Court requests a copy of the transcript of the April 2, 2026 hearing before the immigration judge. The Court also requests a status on Petitioner's immigration proceedings, specifically, whether Petitioner filed an appeal of his removal order. Respondents shall file these documents on or before **June 12, 2026**.

**IT IS SO ORDERED**.

Dated: June 4, 2026

Hon. Dana M. Sabraw
United States District Judge