# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

ROBERTO ZACARIAS HERNANDEZ,

Petitioner,

v.

JOHN DOE, Warden, Otay Mesa Detention Center; ALEJANDRO MAYORKAS, Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT(ICE), A COMPONENT OF Department of Homeland Security,

Respondents.

Case No.: 26cv1448 DMS JLB

**ORDER APPOINTING COUNSEL**

Pursuant to Chief Judge Order No. 134-A, Federal Defenders of San Diego, Inc. ("FDSDI") is hereby appointed as counsel for Petitioner in this case, effective immediately. The Clerk of Court shall provide notice of this appointment to FDSDI through CAS_2241@fd.org. On or before **June 24, 2026**, FDSDI shall file a status report informing the Court whether Petitioner wants assistance of counsel, whether the Court can decide the case without assistance of counsel, and whether FDSDI requests to file supplemental briefing.

**IT IS SO ORDERED**.

Dated: June 17, 2026

Hon. Dana M. Sabraw
United States District Judge