**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ROBERTO ZACARIAS HERNANDEZ,

Petitioner,

v.

JOHN DOE, Warden, Otay Mesa Detention Center; ALEJANDRO MAYORKAS, Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT(ICE), A COMPONENT OF Department of Homeland Security,

Respondents.

Case No.: 26cv1448 DMS JLB

**ORDER FOLLOWING STATUS REPORT**

The Court is in receipt of the Status Report filed by FDSDI. Consistent with the Status Report, IT IS HEREBY ORDERED:

1. The Court confirms the appointment of FDSDI to represent Petitioner in this case.
2. Respondents' ex parte motion to lift the stay of removal (ECF No. 6) is granted.
3. Respondents shall file a status report on or before **July 22, 2026**, indicating whether Petitioner has been removed to Guatemala, and if not, set forth the reasons therefor.

4. If Petitioner has not been removed by that time, Petitioner shall set forth his position on the status of the case in a supplemental brief to be filed on or before **July 29, 2026**.

Dated: June 23, 2026

Hon. Dana M. Sabraw
United States District Judge