# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

ROBERTO ZACARIAS HERNANDEZ,

Petitioner,

v.

JOHN DOE, Warden, Otay Mesa Detention Center; ALEJANDRO MAYORKAS, Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT(ICE), A COMPONENT OF Department of Homeland Security,

Respondents.

Case No.: 26cv1448 DMS JLB

**ORDER DISMISSING CASE**

In light of Petitioner's removal to Guatemala, the Court grants Federal Defenders' motion to voluntarily dismiss this case. The Clerk of Court shall enter judgment accordingly, and close this case.

**IT IS SO ORDERED**.

Dated: September 29, 2026

Hon. Dana M. Sabraw
United States District Judge